SEAN P. NALTY  (SBN 121253)
Email: sean.nalty@wilsonelser.com
SHIVANI NANDA (SBN 253891)
Email: shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant ADVENTIST
HEALTH SYSTEMS WEST LONG TERM
DISABILITY PLAN and Real Party in Interest
LIFE INSURANCE COMPANY OF
NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYOTA WILES,<br><br>                Plaintiff,<br><br>        v.<br><br>ADVENTIST HEALTH SYSTEMS WEST LONG TERM DISABILITY PLAN,<br><br>                Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                Real Party in Interest. | Case No.:      CV09-1952 SI<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>**[Local Rule 6-1]** |

        **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Nyota Wiles, defendant Adventist Health Systems West Long Term Disability Plan ("the Plan") and real party in interest Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

///

///

///

///

1      1.      The response of the Plan and LINA to plaintiff's complaint currently is due on July

2    13, 2009[1];

3      2.      LINA has not yet been served with the summons and complaint in this action;

4      3.      The parties have agreed that the Plan may have a thirty day extension to and

5    including August 13, 2009 to answer or otherwise respond to the complaint herein;

6      4.      The parties have agreed that LINA will answer or otherwise respond to the

7    complaint on or before August 13, 2009.

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26

27    [1] Although the docket indicates defendant's responsive pleading is due on July 20, 2009, plaintiff's waiver of service request was sent to the Plan on May 14, 2009.  The Plan timely waived service.

28    Pursuant to Federal Rule 12, the deadline for the Plan's responsive pleading is 60 days after the request for waiver was sent, i.e.,  July 13, 2009.

2

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

USDC NDCA Case # CV09-1952 SI

1    5.   This extension will alter the date of events and deadlines already fixed by the Court.

2 In its May 4, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, the

3 Court set the Initial Case Management Conference date for August 14, 2009.   If the Court

4 approves this stipulation, the Initial Case Management Conference date will need to be continued

5 so that the parties can conduct the FRCP Rule 26(f) conference of the parties twenty-one (21) days

6 before the scheduling conference.

7

8 Date: July 13, 2009       WILSON, ELSER, MOSKOWITZ,
                     EDELMAN & DICKER LLP

9

10          By: _/s/ Sean P. Nalty_____
              SEAN P. NALTY

11              SHIVANI NANDA
              Attorneys for Defendant ADVENTIST

12              HEALTH SYSTEMS WEST LONG TERM
              DISABILITY PLAN and Real Party in Interest

13              LIFE INSURANCE COMPANY OF
              NORTH AMERICA

14

15 Date: July 13, 2009       LAW OFFICES OF LAURENCE F. PADWAY

16

17          By: _/s/ Laurence F. Padway_____
              LAURENCE F. PADWAY

18              Attorney for Plaintiff
              NYOTA WILES

19

20            **ORDER**

21 **IT IS SO ORDERED.**

22 Date:_____    By:_____

23              HONORABLE SUSAN ILLSTON
              UNITED STATES DISTRICT JUDGE

24

   The case management conference has been continued to September 11, 2009, at 2:30 p.m.

25

26

27

28

---

3

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

USDC NDCA Case # CV09-1952 SI

**CERTIFICATE OF SERVICE**
*Nyota Wiles v. Life Insurance Company of North America*
*USDC NDCA Case CV09-1952 IS*

I am a citizen of the United States.  I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17ᵗʰ Floor, San Francisco, California 94105.  On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER**
**PLAINTIFF'S COMPLAINT; PROPOSED ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐_: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐_: **Facsimile** – (Only where permitted.  Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e).  Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

| | |
|---|---|
| Laurence F. Padway (SBN 89315) | David J. Linden (SBN 041221) |
| LAW OFFICES OF LAWURENCE F. PADWAY | P.O. Box 5780 |
| 1516 Oak Street, Ste 109 | Napa, CA  94581 |
| Alameda, CA  94501 | Tel: (707) 252-7007 |
| Tel: (510) 814-0680 | Fax: (707) 252-7883 |
| Fax: (510) 814-0650 | Attorneys for Plaintiff |
| Attorneys for Plaintiff | Nyota Wiles |
| Nyota Wiles | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **July 13, 2009** at San Francisco, California.

*Stacey Muller*
Stacey Muller

2
CERTIFICATE OF SERVICE

USDC NDCA Case CV09-1952 IS
449985.1