1  SEAN P. NALTY  (SBN 121253)
   Email: sean.nalty@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   Email: shivani.nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
6
   Attorneys for Defendant
7  ADVENTIST HEALTH SYSTEMS WEST LONG TERM
   DISABILITY PLAN and
8  Real Party in Interest
   LIFE INSURANCE COMPANY OF NORTH AMERICA
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  NYOTA WILES,                          )  Case No.:     CV09-1952 SI
                                          )
13         Plaintiff,                     )  **STIPULATION TO EXTEND TIME TO**
                                          )  **ANSWER OR OTHERWISE RESPOND**
14     v.                                 )  **TO PLAINTIFF'S COMPLAINT AND**
                                          )  **[PROPOSED] ORDER**
15  ADVENTIST HEALTH SYSTEMS WEST LONG)
    TERM DISABILITY PLAN,                 )  **[Local Rule 6-1]**
16                                        )
           Defendant,                     )
17                                        )
    LIFE INSURANCE COMPANY OF NORTH       )
18  AMERICA,                              )
                                          )
19         Real Party in Interest.        )
                                          )
20

21     **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff

22  Nyota Wiles, defendant Adventist Health Systems West Long Term Disability Plan ("the Plan")

23  and real party in interest Life Insurance Company of North America ("LINA"), through their

24  attorneys of record, as follows:

25  ///

26  ///

27  ///

28  ///

---
1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
COMPLAINT AND [PROPOSED] ORDER**
USDC NDCA Case # CV09-1952 SI

1. The parties have agreed that the Plan and LINA will answer or otherwise respond to the complaint on or before August 27, 2009.

2. This stipulated date for the Plan and LINA to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

Date: August 12, 2009

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ Sean P. Nalty*
SEAN P. NALTY
SHIVANI NANDA
Attorneys for Defendant ADVENTIST
HEALTH SYSTEMS WEST LONG TERM
DISABILITY PLAN and Real Party in Interest
LIFE INSURANCE COMPANY OF
NORTH AMERICA

Date: August 12, 2009

LAW OFFICES OF LAURENCE F. PADWAY

By: */s/ Laurence F. Padway*
LAURENCE F. PADWAY
Attorney for Plaintiff
NYOTA WILES

**ORDER**

**IT IS SO ORDERED.**

Date: _____   By: _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 12, 2009.


                                        /s/ *Shivani Nanda*
                                    SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:     (415) 433-0990
Fax:    (415) 434-1370