IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYOTA WILES,<br><br>        Plaintiff,<br><br>  v.<br><br>ADVENTIS HEALTH SYSTEMS WEST LONG TERM DISABILITY,<br><br>        Defendant.<br>_____/ | No. C 09-01952 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 29, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 31, 2010.

DESIGNATION OF EXPERTS: 8/2/10; REBUTTAL: 8/13/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by June 18, 2010;

    Opp. Due July 2, 2010; Reply Due July 9, 2010;

    and set for hearing no later than July 23, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 14, 2010 at 3:30 PM.

JURY TRIAL DATE: September 27, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the court's mediation program. The mediation session shall occur before the end of this year.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge