1  SEAN P. NALTY  (SBN 121253)
   Email: sean.nalty@wilsonelser.com
2  FRANCIS TORRENCE (SBN 154653)
   Email: francis.torrence@wilsonelser.com
3  SHIVANI NANDA (SBN 253891)
   Email: shivani.nanda@wilsonelser.com
4  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
5  525 Market Street, 17th Floor
   San Francisco, CA  94105
6  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
7
   Attorneys for Defendant
8  LIFE INSURANCE COMPANY OF NORTH AMERICA

9  LAURENCE F. PADWAY, (SBN 89314)
   Email: Lpadway@padway.com
10 LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
11 Alameda, California 94501
   Telephone: (510)814-0680
12 Facsimile : (510)814-0650

13 Attorneys for Plaintiff
   NYOTA WILES
14

15                 UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18 NYOTA WILES,                        )  Case No.:     CV09-1952 SI
                                       )
19        Plaintiff,                   )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER TO EXTEND DEADLINE FOR**
20     v.                              )  **COMPLETING MEDIATION AND**
                                       )  **CONTINUE CASE MANAGEMENT**
21 LIFE INSURANCE COMPANY OF NORTH     )  **CONFERENCE**
   AMERICA,                            )
22                                     )  **[N.D. ADR Local Rule 6-5]**
                                       )
          Defendant.                   )
23                                     )  Honorable Susan Illston
                                       )
24 _____   )

25        Plaintiff Nyota Wiles and defendant Life Insurance Company of North America hereby

26 submit this stipulation to (1) extend the deadline for completing mediation, and (2) continue the

27 case management conference scheduled for January 29, 2010.

28
                                          1
   **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION**
                **AND CONTINUE CASE MANAGEMENT CONFERENCE**
   USDC NDCA Case # CV09-1952 SI
   505839.1

1  WHEREAS, this case was referred to the Court's mediation program and the parties were

2  ordered to complete mediation prior to the expiration of 2009;

3  WHEREAS, the parties engaged in joint preliminary discussions with the appointed

4  mediator R. Bradford Huss on December 7, 2009;

5  WHEREAS, due to scheduling conflicts and the holiday season, the parties were unable to

6  complete mediation prior to the end of 2009;

7  WHEREAS, the parties have agreed to complete the mediation on January 27, 2010;

8  WHEREAS, the appointed mediator R. Bradford Huss has agreed to make himself

9  available on January 27, 2010 to conduct the mediation;

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

2

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION
AND CONTINUE CASE MANAGEMENT CONFERENCE**
USDC NDCA Case # CV09-1952 SI
505839.1

1    IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for

2  completing mediation will be extended to January 27, 2010 and the case management conference

3  scheduled for January 29, 2010 will be continued to February 12, 2010 or the next available date

4  on the Court's calendar.

5

6  Date: January 15, 2010                          WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP
7

8                                                  By:    /s/ Sean P. Nalty
                                                       SEAN P. NALTY
9                                                      FRANCIS TORRENCE
                                                       SHIVANI NANDA
10                                                     Attorneys for Defendant
                                                       LIFE INSURANCE COMPANY OF
11                                                     NORTH AMERICA

12

13  Date: January 15, 2010                          LAW OFFICES OF LAURENCE F. PADWAY

14

15                                                 By:    /s/ Laurence F. Padway
                                                       LAURENCE F. PADWAY
16                                                     Attorneys for Plaintiff
                                                       NYOTA WILES
17

18                                          **ORDER**

19

20    Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for
    completing mediation will be extended to January 27, 2010 and the case management conference
    will be continued to February 12, 2010.
21

22

    Date:                                          By:
23                                                     HONORABLE SUSAN ILLSTON
                                                       United States District Judge
24

25

26

27

                                              3
28  **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION**
    **AND CONTINUE CASE MANAGEMENT CONFERENCE**
    USDC NDCA Case # CV09-1952 SI
    505839.1

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on January 15, 2010, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the Electronic Mail Notice List.

5

I certify under penalty of perjury under the laws of the United States of America that the

6

foregoing is true and correct.  Executed on January 15, 2010.

7

8

/s/ Shivani Nanda
SHIVANI NANDA

9

10

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor

11

San Francisco, California  94105
Tel:   (415) 433-0990

12

Fax:   (415) 434-1370

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION
AND CONTINUE CASE MANAGEMENT CONFERENCE**

USDC NDCA Case # CV09-1952 SI
505839.1