SEAN P. NALTY  (SBN 121253)
Email: sean.nalty@wilsonelser.com
FRANCIS TORRENCE (SBN 154653)
Email: francis.torrence@wilsonelser.com
SHIVANI NANDA (SBN 253891)
Email: shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

LAURENCE F. PADWAY, (SBN 89314)
Email: Lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for Plaintiff
NYOTA WILES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NYOTA WILES,<br><br>            Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No.:      CV09-1952 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[N.D. ADR Local Rule 6-5]**<br><br>Honorable Susan Illston |

Plaintiff Nyota Wiles and defendant Life Insurance Company of North America hereby submit this stipulation to (1) extend the deadline for completing mediation, and (2) continue the case management conference scheduled for January 29, 2010.

1    WHEREAS, this case was referred to the Court's mediation program and the parties were

2    ordered to complete mediation prior to the expiration of 2009;

3    WHEREAS, the parties engaged in joint preliminary discussions with the appointed

4    mediator R. Bradford Huss on December 7, 2009;

5    WHEREAS,  due to scheduling conflicts and the holiday season, the parties were unable to

6    complete mediation prior to the end of 2009;

7    WHEREAS, the parties have agreed to complete the mediation on January 27, 2010;

8    WHEREAS, the appointed mediator R. Bradford Huss has agreed to make himself

9    available on January 27, 2010 to conduct the mediation;

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

2
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION
AND CONTINUE CASE MANAGEMENT CONFERENCE**
USDC NDCA Case # CV09-1952 SI
505839.1

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for completing mediation will be extended to January 27, 2010 and the case management conference scheduled for January 29, 2010 will be continued to February 12, 2010 or the next available date on the Court's calendar.

Date: January 15, 2010         WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP

By:    /s/ Sean P. Nalty
                              SEAN P. NALTY
                              FRANCIS TORRENCE
                              SHIVANI NANDA
                              Attorneys for Defendant
                              LIFE INSURANCE COMPANY OF
                              NORTH AMERICA

Date: January 15, 2010         LAW OFFICES OF LAURENCE F. PADWAY

By:    /s/ Laurence F. Padway
                              LAURENCE F. PADWAY
                              Attorneys for Plaintiff
                              NYOTA WILES

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for completing mediation will be extended to January 27, 2010 and the case management conference will be continued to February 12, 2010.

Date:_____     By:_____
                                      HONORABLE SUSAN ILLSTON
                                      United States District Judge

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION AND CONTINUE CASE MANAGEMENT CONFERENCE**
USDC NDCA Case # CV09-1952 SI
505839.1

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on January 15, 2010, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the Electronic Mail Notice List.

5      I certify under penalty of perjury under the laws of the United States of America that the

6   foregoing is true and correct.  Executed on January 15, 2010.

7

8                                                   /s/ Shivani Nanda
                                                   SHIVANI NANDA
9

10                                                  WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP
                                                   525 Market Street, 17th Floor
11                                                  San Francisco, California  94105
                                                   Tel:    (415) 433-0990
12                                                  Fax:    (415) 434-1370

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION AND CONTINUE CASE MANAGEMENT CONFERENCE**
USDC NDCA Case # CV09-1952 SI
505839.1