1  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2      EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYOTA WILES, | Case No.: CV09-1952 SI |
| Plaintiff, | **STIPULATION THE PARTIES TO CONTINUE THE FEBRUARY 12, 2010 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER.** |
| v. | |
| ADVENTIST HEALTH SYSTEMS WEST LONG TERM DISABILITY PLAN, | |
| Defendants. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA., | Filed: May 4, 2009<br>Location: San Francisco<br>Judge: Susan Illston |
| Real Parties in Interest. | |

There currently is set in this matter a Case Management Conference for February 12, 2010 at 3:00 p.m. The parties in this matter are continuing to evaluate settlement and believe that a decision concerning to whether to settle this matter should be made within the next two weeks. The parties would like to continue the Case Management Conference set for February 12, 2010 until these discussions are exhausted.

///
///
///
///

1

STIPULATION OF THE PARTIES TO CONTINUE THE FEBRUARY 12, 2010 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER

515142.1                                              USDC NDCA Case CV09-1952 SI

Accordingly, plaintiff Nyota Wiles, and his counsel, Laurence Padway, and defendants, through their counsel, Sean P. Nalty, hereby stipulate that the February 12, 2010 Case Management Conference in this matter can be continued for two weeks to a date convenient for the Court.

IT IS HEREBY STIPULATED.

Date: February 12, 2010                    LAW OFFICES OF LAURENCE F. PADWAY

                                           By:  _____/s/ Laurence F. Padway_____
                                                LAURENCE F. PADWAY
                                                Attorneys for Plaintiff
                                                NYOTA WILES

Date: February 12, 2010                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                           By:  _____/s/ Sean P. Nalty_____
                                                SEAN P. NALTY
                                                Attorneys for Defendant
                                                LIFE INSURANCE COMPANY OF NORTH AMERICA

## PROPOSED ORDER

Based on the Stipulation of the parties set forth above, the February 12, 2010 Case Management Conference in this matter is hereby continued to __March 26, 2010__, 2010 at ~~3 p.m.~~

IT IS SO ORDERED.

Dated: _____              _____
                                          SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*Nyota Wiles v. Life Insurance Company of North America*
*USDC NDCA Case CV09-1952 IS*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION OF THE PARTIES TO CONTINUE THE FEBRUARY 12, 2010 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☑ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

| | |
|---|---|
| Laurence F. Padway (SBN 89315)<br>LAW OFFICES OF LAURENCE F. PADWAY<br>1516 Oak Street, Ste 109<br>Alameda, CA 94501<br>Tel: (510) 814-0680<br>Fax: (510) 814-0650<br>Attorneys for Plaintiff<br>Nyota Wiles | David J. Linden (SBN 041221)<br>P.O. Box 5780<br>Napa, CA 94581<br>Tel: (707) 252-7007<br>Fax: (707) 252-7883<br>Attorneys for Plaintiff<br>Nyota Wiles |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **February 12, 2010** at San Francisco, California.

_____
Marissa Y. Otellini