Laurence F. Padway, (SBN 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

David J. Linden (SBN 041221)
P.O. Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for plaintiff
    Nyota Wiles

SEAN P. NALTY (SBN 121253)
FRANCIS TORRENCE (SBN 154653)
SHIVANI NANDA (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Email: sean.nalty@wilsonelser.com
      shivani.nanda@wilsonelser.com

Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYOTA WILES,<br><br>        Plaintiff,<br>  vs.<br><br>ADVENTIST HEALTH SYSTEMS WEST LONG TERM DISABILITY PLAN,<br><br>        Defendant.<br>_____/<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Real Parties in Interest.<br>_____/ | No. C09-01952 SI<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL |

Stip re Dismissal                                              1

Whereas, settlement in the above matter has been reached. The parties, by and through their respective counsel of record, hereby stipulate and agree that the above named action be dismissed, with prejudice and in its entirety as to each party and Real Party in Interest, with each party to be responsible for their own attorney's fees and costs.

Date: March 30, 2010      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
SEAN P. NALTY
FRANCIS TORRENCE
SHIVANI NANDA
Attorneys for Defendant LIFE INSURANCE
COMPANY OF NORTH AMERICA

Date: March 30, 2010      LAW OFFICES OF LAURENCE F. PADWAY

By: /s/_____
LAURENCE F. PADWAY
Attorneys for Plaintiff
NYOTA WILES

PURSUANT TO STIPULATION, IT IS ORDERED that this matter is dismissed with prejudice as to all parties, all real parties in interest, and all claims for relief, each party to be responsible for their own attorney's fees and costs.

Date:      By: _____
Honorable Susan Illston
United States District Court Judge

Stip re Dismissal                                    2